

FILED
CLERK, U.S. DISTRICT COURT
3/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY JIMENEZ,<br><br>　　　　Defendant. | CR  2:21-cr-00119 -SB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2114(a): Robbery of a United States Postal Carrier; 18 U.S.C. § 1708: Mail Theft; 18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. §§ 981(a)(1)(C) and 924(d), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2114(a)]

On or about February 6, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed A.E., a person having lawful charge, custody, and control of mail matter and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

COUNT TWO

[18 U.S.C. § 2114(a)]

On or about February 12, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed J.C., a person having lawful charge, custody, and control of mail matter, money, and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

COUNT THREE

[18 U.S.C. § 2114(a)]

On or about February 16, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed O.P., a person having lawful charge, custody, and control of mail matter, money, and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

COUNT FOUR

[18 U.S.C. § 2114(a)]

On or about February 17, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed M.V., a person having lawful charge, custody, and control of mail matter, money, and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

COUNT FIVE

[18 U.S.C. § 2114(a)]

On or about February 19, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed T.D., a person having lawful charge, custody, and control of mail matter, money, and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

## COUNT SIX

[18 U.S.C. § 2114(a)]

On or about February 25, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ knowingly and intentionally robbed C.T., a person having lawful charge, custody, and control of mail matter, money, and other property of the United States, in his or her official capacity as a United States Postal Service letter carrier, of mail matter and property of the United States.

COUNT SEVEN

[18 U.S.C. § 1708]

On or about September 24, 2020, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ stole, took, and abstracted mail and mail matter from and out of a mail receptacle, mail route, and authorized depository for mail matter, namely, a mail delivery truck located at a senior living center on Devonshire Street in Northridge, California, with the intent to deprive the owners of the mail and mail matter, temporarily and permanently, of its use and benefit.

COUNT EIGHT

[18 U.S.C. § 1708]

On or about February 26, 2021, in Los Angeles County, within the Central District of California, defendant ANTHONY JIMENEZ unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 408 pieces of mail and mail matter addressed to various individuals and businesses within Los Angeles County, and elsewhere, and at that time and place, defendant JIMENEZ knew that said mail and matter were stolen.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 981(a)(1)(C) and 924(d), and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Eight of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)  All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any such offense;

(b)  All right, title, and interest in any firearm or ammunition involved in or used in or used in any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has

1 been substantially diminished in value; or (e) has been commingled
2 with other property that cannot be divided without difficulty.

                                            A TRUE BILL

                                                  /S/
                                        Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARIA JHAI
Assistant United States Attorney
General Crimes Section