CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
IJEOMA U. EKE (Bar No. 331938)
(E-Mail: Ijeoma_Eke@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-3107
Facsimile: (213) 894-7556

Attorneys for Defendant
ANTHONY JIMENEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JIMENEZ,<br><br>Defendant. | Case No. CR 21-119-SB<br><br>**DEFENDANT ANTHONY JIMENEZ POSITION RE: SENTENCING; EXHIBITS**<br><br>Hearing Date: June 14, 2022<br>Hearing Time: 8:00 a.m. |

Defendant Anthony Jimenez, by and through his attorney of record, Deputy Federal Public Defender Ijeoma U. Eke, hereby files this sentencing position.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 31, 2022

By */s/ Ijeoma U. Eke*
IJEOMA U. EKE
Deputy Federal Public Defender
Attorney for ANTHONY JIMENEZ

## I. ARGUMENT

Anthony Jimenez's life has been anything but easy. Growing up, Mr. Jimenez's father was a heavy drinker who often turned violent. No matter the occasion, whether it was a one-year old's birthday party or a holiday such as Thanksgiving or Christmas, Mr. Jimenez's father would drink excessively. The drunken nights would often end with Mr. Jimenez's father beating his mother while Mr. Jimenez and his older brother tried to sleep. After his father finished beating his mother, he would often then direct his anger and abuse to Mr. Jimenez and his brother. This was the environment that shaped Mr. Jimenez's formative years. Unfortunately, Mr. Jimenez's father was not the only one in the family that struggled with alcoholism. Family parties and gatherings centered mainly around drinking, and unfortunately, Mr. Jimenez was not able to escape the negative influences. As a direct response to his environment, Mr. Jimenez began to drink alcohol and use controlled substances at the tender age of twelve years old. Mr. Jimenez used drugs and alcohol in order to cope with the constant trauma he was experiencing. Before long, Mr. Jimenez found himself with a debilitating addiction that led to the instant offenses. However, in order to understand how Mr. Jimenez ended up before this Court, it is imperative that the Court understand the struggles that Mr. Jimenez has experienced.

### A. Mr. Jimenez's Background and Characteristics

#### 1. As a child, Mr. Jimenez lacked guidance and support.

While Mr. Jimenez grew up in a house with both of his parents, his relationship with his father was always difficult. Even though his father was abusive, Mr. Jimenez still craved the love and attention of his father. However, Mr. Jimenez constantly felt that his father prioritized having a relationship with his older brother. Mr. Jimenez's older brother struggled in school and was in special education classes. As a result, the little free time Mr. Jimenez's parents had was spent focusing on Mr. Jimenez's brother. Mr. Jimenez's struggles became an afterthought. Mr. Jimenez's mother tried to be as

attentive to Mr. Jimenez as she could, but she worked the graveyard shift at work and slept during the day, so she was not around to give him the attention that he truly needed. Mr. Jimenez often felt less valued than his brother and pushed aside by his family. This feeling of neglect was confounded by the struggles Mr. Jimenez was experiencing outside of the home.

Mr. Jimenez was constantly bullied and had a difficult time making friends. He suffered from low self-esteem due to severe acne. Mr. Jimenez was also constantly confronted by neighborhood gang members and was forced to fight them simply because he did not want to be in a gang. In middle school all through high school, Mr. Jimenez was beaten up by local gang members for refusing to join a gang. None of his family members were members of gangs, so he had no desire to be in one, but that decision angered local gang members. Local gang members would beat up Mr. Jimenez and his brother to humiliate them. It was not until Mr. Jimenez began fighting back that the bullying and fighting ended. However, the struggles in and out of school became too much for Mr. Jimenez and he dropped out in the eleventh grade. Despite these setbacks, Mr. Jimenez went on to continuation school and was able to complete his high school diploma.

Without the support and guidance he needed, Mr. Jimenez was susceptible to negative influences. Throughout Mr. Jimenez's childhood, his cousin Josue Lomeli was in and out of his family's home. Mr. Lomeli is approximately three years older than Mr. Jimenez and was someone Mr. Jimenez looked up to. Mr. Lomeli's father was not around, and his mother could not deal with Mr. Lomeli's behavioral issues so various family members would take him in. When Mr. Jimenez was in his formative early high school years, Mr. Lomeli lived with Mr. Jimenez and his family. As an older cousin, Mr. Lomeli proved to negatively influence Mr. Jimenez and his brother. Without any positive role models, Mr. Jimenez quickly found himself on the wrong path.

**2. The Negative influence of Mr. Jimenez's brother and cousin, in addition to his growing drug addition, led to the instant offense.**

Mr. Jimenez's drug and alcohol use began when he was just twelve years old. As family parties and holidays largely consisted of drinking, Mr. Jimenez started drinking beers at family parties. He then began smoking marijuana at the age of thirteen and by the time he was seventeen, he was using cocaine and methamphetamine daily. The drugs quickly consumed him. Mr. Jimenez craved methamphetamine and did anything he could to get it. It was under these circumstances that Mr. Jimenez committed the instant offenses. Prior to being charged in this case, Mr. Jimenez had no prior criminal history.

Mr. Jimenez's chronic use of methamphetamine undoubtedly began impacting his brain. Chronic methamphetamine use can permanently alter the central nervous system.[1] This neuronal death creates significant brain damage.[2] Prolonged use of methamphetamine can result in loss of motor control, memory loss, and learning.[3] Most notably, methamphetamine effects the frontal and prefrontal cortex of the brain—areas that are responsible for cognition, reasoning, complex attention, problem-solving, and the inhibition of behaviors that might be damaging.[4] In combination with a brain that is still developing, such frontal and prefrontal cortex damage can lead to violent behavior, lack of restraint, and intense emotional reactions.[5] Without the ability to process the consequences of his actions due to prolonged drug use, Mr. Jimenez was even more

---

[1] *Effects of Crystal Meth on the Brain and Central Nervous System*, American Addiction Centers, https://americanaddictioncenters.org/meth-treatment/effects-on-the-brain-and-cns. (Last visited May 25, 2022).

[2] *Id.*

[3] *Id.*

[4] *Id.*

[5] *Id.*

susceptible to the perceived short-term benefits of criminal activity, with an impaired ability to contemplate the long term consequences of his actions.

Mr. Jimenez's involvement in the instant offenses is a direct result of this growing addiction, combined with the negative influence of his cousin, Josue Lomeli. Mr. Lomeli became involved in fraud in June of 2020. Mr. Lomeli would open mailboxes, steal checks, and cash them in his name. Mr. Lomeli would also take Mr. Jimenez with him and have him stay in the car while Mr. Lomeli stole mail from various mailboxes. At this time, Mr. Jimenez was working at Spa and Equipment warehouse, but was struggling with a budding drug addiction. Because of this, it was hard for Mr. Jimenez to ignore the large amount of money Mr. Lomeli was making through fraudulent means. At the time, Mr. Jimenez was earning $1800 a month, but his drug addiction was proving to be too expensive. After some coaxing from his cousin, Mr. Jimenez made the regrettable decision to try to follow in his cousin's footsteps and steal mail from a mail carrier in September of 2020. However, things did not go as planned and the mail carrier tracked Mr. Jimenez down and took back the mail from him. Shaken, Mr. Jimenez returned back to work the following day. However, after watching his cousin continue to succeed and gain financial freedom through involvement in fraud, it wasn't long before Mr. Jimenez's increasing drug addiction led him to engage in criminal activity.

Mr. Lomeli was the mastermind behind the fraud enterprise. Mr. Lomeli told Mr. Jimenez to use his friend's inoperable black BB gun to rob mail carriers. Mr. Jimenez would approach the postal carriers, show the inoperable black BB, and instruct the postal carrier to place the mail in his car. Mr. Jimenez did not threaten to hurt the postal carriers or ever make physical contact with any of the carriers. The only confrontation Mr. Jimenez had with a postal carrier was in September of 2020, when the mail carrier ran after him after taking a tray of mail from the postal carrier's van. In response, Mr. Jimenez returned the tray of mail without a struggle. Mr. Jimenez was not looking to be

involved in a physical confrontation or hurt any of the carriers. He was simply looking to acquire the mail matter so that he could take it to Mr. Lomeli. Once the mail was acquired, Mr. Lomeli would then look through the mail, pick out the checks, and give the unusable mail back to Mr. Jimenez. Mr. Lomeli also provided Mr. Jimenez with some of the checks, taught him how to wash them, instructed him to input his name on the check, and cash them at check cashing locations. While Mr. Jimenez was securing mail from different mail carriers, Mr. Lomeli and Mr. Jimenez's brother were busy stealing cars and trucks—actions that ultimately led to their arrest.

**3. Due to Mr. Jimenez's age, an extended period of incarceration would negatively impact his maturation and development.**

In addition to Mr. Jimenez's unaddressed trauma and drug addiction, his youth also played a role in his involvement in the instant offenses. Mr. Jimenez was twenty years old when he committed the instant offenses. Although he is legally an "adult," the reality is that Mr. Jimenez remains an adolescent in his formative years of maturation and development. The fact is relevant in two respects. One, it mitigates his culpability. Two, it renders him particularly vulnerable in a federal prison environment.

With respect to Mr. Jimenez's culpability, the arbitrariness of drawing a strict line at age 18 must be acknowledged. Society recognizes that juveniles are "categorically less culpable than the average criminal,"[6] and therefore "constitutionally different from adults for purposes of sentencing."[7] On this front, developmental research suggests that psychosocial maturity continues to develop well into a person's twenties, with the pace of maturation in boys being slower than that of girls.[8] Likewise, studies in neurobiology and psychology suggest that "cognitive skills and emotional

---

[6] *Roper v. Simmons*, 543 U.S. 551, 567 (2005).

[7] *Miller v. Alabama*, 567 U.S. 460, 471 (2012).

[8] Emily Buss, *What The Law Should (And Should Not) Learn From Child Development Research*, 38 Hofstra L. Rev. 13, 39-40 (2009).

intelligence continue to develop into a person's mid-20s, and even beyond."[9] As a result, these young people are "overly motivated by reward seeking behavior, more susceptible to peer pressure, and more prone to risk-taking and impulsive behavior."[10]

This concern has also been recognized by the judiciary and some state legislatures.[11] As observed by the Supreme Court, "[t]he qualities that distinguish juveniles from adults do not disappear when an individual turns 18."[12] In Massachusetts, several legislative bills are currently pending which propose including so-called "emerging adults" (*i.e.* those transitioning into young adulthood) in the juvenile justice system, by gradually raising the age of offenders from 18 to 21.[13] Recognizing the lower level of culpability in young adults, California State Senator Nancy Skinner introduced a bill that proposes changing the age at which individuals can be prosecuted for crimes as an adult from 18 to 21.[14] Recognizing the lower level of culpability in young adults, California State Senator Nancy Skinner introduced a bill that proposes changing the age at which individuals can be prosecuted for crimes as an

---

[9] Selen Siringil Perke, Lael Chester, *Emerging Adults: A distinct population that calls for an age-appropriate approach by the justice system, Emerging Adult Justice in Massachusetts*, 1, June 2017, https://scholar.harvard.edu/files/selenperker/files/emerging_adult_justice_issue_brief_final.pdf.

[10] *Id.*

[11] *See Consideration of Youth for Young Adults*, Quinnipiac University School of Law Juvenile Sentencing Project, January 2020, https://juvenilesentencingproject.org/wp-content/uploads/model_reforms_consideration_of_youth_for_young_adults.pdf/

[12] *Roper*, 543 U.S. at 574.

[13] *See e.g. Emerging Adults in the Massachusetts Criminal Justice System*, Report of the Task Force on Emerging Adults in the Criminal, Feb. 26, 2022, https://malegislature.gov/Bills/191/SD2840; *Emerging Adult Justice Campaign*, Citizens for Juvenile Justice, https://www.cfjj.org/keeping-youth-out-of-the-adult-system (last visited May 27, 2022).

[14] Jeff Chiu, *Proposed legislation would raise juvenile age from 18 to 21 when prosecuting crimes*, The Center Square, February 3, 2020, https://www.thecentersquare.com/california/proposed-legislation-would-raise-juvenile-age-from-18-to-21-when-prosecuting-crimes/article_d3b5ca62-46b7-11ea-a0c2-8327eebec269.html.

adult from 18 to 21.[15] In addition, Vermont passed similar legislation in 2016,[16] and a similar proposal is currently pending in the Connecticut General Assembly.[17]

The foregoing is not meant to argue that Mr. Jimenez's culpability is extinguished by virtue of his age. The point is that, as an emerging adult, Mr. Jimenez is more akin to a juvenile than a traditional adult offender. He is a fundamentally different defendant – biologically, cognitively, emotionally, and socially. As an emerging adult, Mr. Jimenez's "character and development [is] still transitory and not yet complete."[18] As a result, imprisoning Mr. Jimenez for a prolonged period of time is neither fair nor appropriate. His mitigated culpability calls for a more thoughtful, tailored sentence focused on growth and rehabilitation. It calls for a sentence that embraces Mr. Jimenez's potential to change for the better. Developmental research supports such a disposition as compared to imprisonment because "[e]merging adults are . . . more malleable to rehabilitation and appropriate interventions that promote

---

[15] Jeff Chiu, *Proposed legislation would raise juvenile age from 18 to 21 when prosecuting crimes*, The Center Square, February 3, 2020, https://www.thecentersquare.com/california/proposed-legislation-would-raise-juvenile-age-from-18-to-21-when-prosecuting-crimes/article_d3b5ca62-46b7-11ea-a0c2-8327eebec269.html.

[16] DCF Blog, *Governor Signs Law Creating More Rational Juvenile Justice Policies in Vermont*, Department for Children and Families, June 1, 2016, http://dcf.vermont.gov/dcf-blog/governor-signs-law-creating-more-rational-juvenile-justice-policies-vermont.

[17] Governor Dannel P. Malloy, *Gov. Malloy Introduces Legislation to Prevent the State's Adult Prisons from Becoming Crime Schools for the Young*, The Office of Governor Dannel P. Malloy, Mar. 1, 2017, https://portal.ct.gov/Malloy-Archive/Press-Room/Press-Releases/2017/03-2017/Gov-Malloy-Introduces-Legislation-to-Prevent-the-States-Adult-Prisons-from-Becoming-Crime-Schools.

[18] Samantha Buckingham, *Symposium: Reducing Incarceration For Youthful Offenders With a Developmental Approach to Sentencing*, 46 Loy. L.A. L. Rev. 801, 857 (2013).

growth during this critical period."[19] Further, as articulated by the Supreme Court, "incorrigibility is inconsistent with youth."[20]

Further, should Mr. Jimenez be imprisoned at twenty-one, he would join a small and highly vulnerable minority of the federal prison population. According to Bureau of Prison ("BOP") statistics, inmates between the ages of 18 to 21 comprise just 0.9% of the federal prison population.[21] These circumstances render an emerging adult such as Mr. Jimenez at particular risk of being subjected to assault, rape, and other types of victimization, and places him at heightened risk for suicide.[22] Moreover, exposure to toxic environments such as adult prisons "further traumatizes . . . emerging adults, making them more vulnerable to negative influence, and as a result, increases recidivism among this group."[23] The extent of the danger faced by Mr. Jimenez, if imprisoned, is best captured by Dr. Joshua Buckholtz, of Harvard University's Department of Psychology:

> If an evil genius scientist were hell-bent on using the most up-to-date neuroscientific insights to make youthful offenders more impulsive, aggressive, and antisocial, he could do no better than the adult prison: constant uncertain threat, being disconnected from communities, subject to long periods of

---

[19] Perke, *supra* at 1.

[20] *Graham v. Florida*, 560 U.S. 48, 73 (2010).

[21] *See Inmate Age*, BOP, https://www.bop.gov/about/statistics/statistics_inmate_age.jsp (last visited May 27, 2022).

[22] *See e.g*. Schiraldi, Vincent and Jason Zeidenberg, *The Risks Juveniles Face When They Are Incarcerated With Adults*, Justice Policy Institute, 1997, https://www.justicepolicy.org/uploads/justicepolicy/documents/97-02_rep_riskjuvenilesface_jj.pdf; Maddy Troilo, *Locking up youth with adults: An update*, Prison Policy Initiative, February 27, 2018, https://www.prisonpolicy.org/blog/2018/02/27/youth/.

[23] Perke, *supra* at 2.

> social isolation, a regimented life that undermines their ability to learn to plan. He would break their ability to associate "good" behavior to future beneficial outcomes — a trait necessary for them to begin to envision a different life for themselves — by limiting access to meaningful occupational training and education while imprisoned, and/or ensuring that their occupational opportunities are impaired once released.[24]

Mr. Jimenez is at a critical juncture in his young life. His youth and impressionability make him particularly vulnerable in a hostile environment that normalizes, and at times encourages, antisocial behavior.

**B. A 42-month custodial sentence is warranted.**

Based on the mitigating factors, a 42-month custodial sentence, which includes 24 months for the aggravated identity theft to run consecutive to 18 months for postal service carrier robbery and access device fraud, is warranted in this case. Mr. Jimenez is determined to get his life on the right path, and he has already taken the steps to do so. Despite his addiction and other struggles, Mr. Jimenez has held various jobs for nearly a decade. Mr. Jimenez has consistently demonstrated a want and a willingness to work. From being a busboy at Norms Restaurant to working in a warehouse, Mr. Jimenez has always been a hard worker. He has even found gainful employment at the Metropolitan Detention Center ("MDC") since being incarcerated. Mr. Jimenez works every day from 11:30 A.M. to 6:00 P.M. and has received positive feedback from his employer. *See* Exh A, Inmate Work Performance Rating. When speaking about his life plans, hard work is always front and center. Mr. Jimenez intends to pursue a career as a mechanic once he is released. He also wants to engage in neighborhood outreach to

---

[24] Nancy Gertner, *19-year-olds don't belong in adult prisons*, Boston Globe, June 20, 2017, https://www.bostonglobe.com/opinion/2017/06/19/year-olds-don-belong-adult-prisons/s8QTEcSxvdXNSP6QYPhnBN/story.html.

teach youth the dangers of associating with the wrong people and falling prey to negative influences. In sum, he wants to turn his misfortunes into an opportunity to help others. However, he understands that in order to have a lasting career, he must first confront his unaddressed trauma and addiction and he has plans to do so. Mr. Jimenez intends to take advantage to the programming, and treatment that is available to him to ensure that his sobriety is long-lasting.

In addition, Mr. Jimenez hopes to strengthen his familial relationships. Despite Mr. Jimenez's downfalls, he maintains the support of his family. *See* Exh B, Letters of Support. Involvement in a rehabilitation program would serve to strengthen these bonds during his recovery process, confront past traumas, and allow Mr. Jimenez to demonstrate to his family that he has changed for the better. Several of Mr. Jimenez's family and friends note that Mr. Jimenez has always been a respectful person and express their confidence that he would make use of a second chance to ensure that he is a reliable, trustworthy, and decent person. *Id*. Mr. Jimenez's uncle, Gonzalo Guzman, pledges to help Mr. Jimenez find his way to ensure that he does not find himself in this position again. *Id.* Also, Mr. Jimenez's 12-year-old sister, Abigail, explains that the absence of Mr. Jimenez has caused her to be depressed. *Id.* She needs Mr. Jimenez to help her with her homework and provide the support that he has consistently provided throughout her childhood. *Id*. More than anything, Mr. Jimenez wants to be a positive role model for sister as he has experienced firsthand the difficulties associated with being surrounded with negative influences.

While Mr. Jimenez understands that his traumatic history does not excuse his actions, it places them in context. In light of the compelling mitigation factors, Mr. Jimenez respectfully requests that the Court impose a custodial sentence of 42-months and two years of supervised release.

//

//

## II. OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

### A. Presentence Report

In the Presentence Investigation Report ("PSR"), the Probation Office determined that for counts six and eleven, Mr. Jimenez has a total offense level of 27 and falls into criminal history category I. PSR ¶ 119. The resulting guideline range based on the calculation in the PSR is 70 to 87 months. *Id*. The Probation Office also determined that for count twelve, the guideline sentence is 24 months consecutive. *Id*. The defense does not object to the mechanical calculation of the guidelines. However, the defense objects to the Probation Office's determination that there are not any factors that warrant a departure or variance from the guideline range. *Id*. at ¶ ¶ 174-175. As argued above, there are factors that warrant a departure and variance from the applicable guideline range such as Mr. Jimenez's youthfulness (U.S.S.G. § 5H1.1), and personal history and characteristics (18 U.S.C. § 3553(a)).

Further, the PSR indicates that Mr. Jimenez has two outstanding warrants. PSR ¶¶ 113-114. However, the defense reviewed the documents that Probation has in regard to the warrant issued in docket number A123031 and the defendant in that case is Alejandro Luna Benitez, not Anthony Jimenez. Further, the personal identifying information, such as address and date of birth, associated with Mr. Benitez are different than those belonging to Mr. Jimenez. Therefore, the warrant is not in relation to a case pending against Mr. Jimenez and should be removed from the PSR. Additionally, the warrant issued in docket number PA096256 was issued while Mr. Jimenez was in federal custody and is not based on Mr. Jimenez's failure to appear or comply with court orders.

## III. CONCLUSION

Mr. Jimenez has been working towards healing from the trauma that he has endured. As a youthful offender, Mr. Jimenez has great capacity for change and an extended period of incarceration can have negative ramifications on his maturation.

Based on the mitigating factors, a 42-month custodial sentence accompanied by two years of supervised release is sufficient, but not greater than necessary, to achieve the aims of sentencing in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 31, 2022 By *|s| Ijeoma U. Eke*

IJEOMA U. EKE
Deputy Federal Public Defender
Attorney Anthony Jimenez

# EXHIBIT A

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**JIMENEZ** | Register No.<br>**66471-112** | Unit<br>**7N** |
|---|---|---|
| Evaluation Period<br>**5/1/21- PRESENT** | Work Assignment<br>**FOOD SERVICE** | |

Bonus Justification

**INMATE JIMENEZ COMES TO WORK WITH A POSITIVE HARD WORKING ATTITUDE. HE ALWAYS ACCOMPLISHES TASKS AND ACCOMPLISHES TASKS WHEN ASKED TO DO. HE PAYS ATTENTION TO DETAIL COMPLETES HIS JOB IN A SAFE AND TIMELY MANNER.**

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**

___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
✓5. Outstanding. Does superior work

**B. QUANTITY OF WORK**

___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
✓5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**

___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
✓4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**

___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
✓5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**

___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
✓5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**

___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
✓5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
✓ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
✓ 5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
✓ 5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 ___ 4 ___ M.
2. Hours of Satisfactory work ______________________ .
3. Regular Pay ______________________ .
4. Bonus Recommended: ___ yes; ___ no
5. Total Pay ______________________ . ______________

| Supervisor's Signature<br>**MENESES** | Date<br>**05/20/2021** |
|---|---|
| Inmate's Signature [signature] | Date 05/20/21 |

Inmate ______________________ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

**SECTION 4**

# EXHIBIT B

July 23, 2021

Re: Anthony Jimenez
Case No.

To whom it may concern:

My name is Karen Guzman and I am a cousin of the defendant Anthony Jimenez Guzman. I have known Anthony all my life. Growing up, Anthony and I spent the majority of our childhood and preteen years at my grandma's house. Anthony never displayed any signs of violent behavior. Instead, he always tried to find a way to help those around him whether it was our eldery neighbors, family or friends. If I am to be completely honest, Anthony has always been a genuine person with good intentions. Unfortunately, he's also been influenced by people who have used him or taken advantage of because of his kindness. Not only that, but I also strongly believe that Anthony has endured trauma growing up in different ways which may be related as to why my cousin is currently in jail. I will try my best to explain.

Although Anthony grew up in a loving environment, he did not receive the love and attention he desired from his father. Anthony always tried his best to impress his father as a kid, even until now - but sadly, that love was not reciprocated. Growing up I witnessed his father verbally abuse him by telling him that he was stupid, an idiot and he would never learn or amount to anything in life. There was no real reason to say these things, he just would. Those cruel words can be very damaging to a child during their developmental years, especially if it's repeated to a child over and over. Anthony's father never took the time to bond with Anthony and instead favored his other son Andres. It was painful to see my cousin hurt by his own father because I knew that no matter how hard Anthony tried to impress him, nothing would happen. With that being said, I have also witnessed Athony's self esteem and confidence decline over time because he's never had a stable or healthy relationship with his father. He's very shy, quiet and hardly socializes with anyone unless they're family.

Despite the obstacles he's endured growing up, Anthony has always thrived and helped people in need around him. Unfortunately, he's also been easily manipulated and controlled by those around him who don't have his interest at best. I know my cousin can clearly see from a different perspective. He was taken advantage of and used by people he genuinely thought cared for him, but he was so wrong and I know he sees it now too.

As I previously stated, Anthony has always been a loving, caring and selfless person. He's truly put other people's needs before himself.. Regardless of what the situation is, I know I can always count on Anthony to get something done. For example, about 6 months ago I wasn't doing too well and felt really sick. My father needed to come visit me in Northern California (7 hour drive from LA). Although it was Anthony's day off work, he still helped my father by driving him roundtrip (from LA to Chico) and still made it back on time to his scheduled work hours.

Anthony is also a first generation Mexican-American citizen which matters a lot with his socio-economic background upbringing. Although he has many rights and privileges in our country, he's also been burdened with first-gen family issues. From figuring out how the system operates from all aspects (DMV, hospitals, enrolling in school, applying to college, etc) and trying to explain this to both his parents. Anthony like myself was not passed down this information from our parents but instead had to learn *how, when, where.* He had to learn everything through his own personal experiences, triumphs, and failures. But that's okay, because it's built character and I know he truly appreciates things more. Anthony made a mistake and there were consequences, however, he should most definitely be given a second chance to prove himself and what he really is about. I'm certain he will not waste a second opportunity at bettering himself with the right support system and steps.

Respectfully,
Karen Guzman

To whom it may concern,

My name is Gonzalo Guzman and I am Anthony's uncle. I have seen him grow up since he was eight years old. Since then, I've been trying to guide him through the right path of life, or at least to what I consider the righteous way. We've both had similar problems growing up, our fathers weren't really there for us, so I felt I had to help him out in any way I could. I feel that he was in the right path until he started hanging around with the wrong crowd of people, in this case his brother Andres Jimenez and his cousin Josue. Ever since I noticed he wasn't the same person and he wouldn't stop by the house, as he usually would, to talk or hang out. He was too busy doing whatever it was he was doing with them. This lead to him making the wrong decisions as he ended up where he did, in Federal prison. I'm amazed of where he's at because he's always been a hardworking and respectful individual. When I heard what he was being accused of I couldn't believe it. Once again, I'm sure his father not being really there for him, him hanging around the wrong people and his age influenced plenty the actions he might have taken. I've spoken to him a few times since he's been in prison and he's aware of why he's there, regretting every single step that lead him there. I'm sure growing up we've all done mistakes that we might not be proud of, especially at that age. I know I did. I believe it's really important what comes out of our mistakes because we can always get a learning lesson out of every life experience, not mattering if good or bad. He seems to have learned his and I'm sure hanging around the right people he can definitely turn his life around and continue being the kind hearted person that he's always been. I promise to help him find he's way back to the correct path in every way I can if you give him the opportunity to prove all of you who he really is. I'm certain that if given a second opportunity he won't waste your time nor he's and will really try he's hardest to show you all who he really is. I really hope you give him that second opportunity were all seeking for him to get.

Thank you very much for your time and attention on this very important matter. If you have any questions or need more information, I will be pleased to provide it for you.

Sincerely,

Gonzalo Guzman

Natalie Guzman
220 Taos Pl.
Palmdale, CA.93550

August 15, 2021

Re: Anthony Jimenez

To: The Honorable Judge

I have known Anthony Jimenez a great friend, cousin and worker. I was very shocked, troubled and saddened when I heard about his recent case because this sounds nothing like him. It is for this reason why I am writing this letter of reference for Mr. Anthony Jimenez regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Anthony Jimenez has always been an upright character in the community and his family. In our friendship he really been there for me, especially when I went into labor. He made it a point to be there and show a significant support during a very long and difficult delivery. Anthony Jimenez made sure to comfort me when I was at my lowest because I was in labor for about 40 hours and ended up having to get an emergency c-section. Anthony Jimenez made sure that my family and I were okay and that we had food. I remember Anthony Jimenez would stop by every day before work and after work. He truly was one of my only cousins that made me loved and cared for.

In addition to our friendship, he is usually an upstanding family member and friend. While it is unfortunate that he has made some bad decisions, thus resulting this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility to his actions. I believe as we move forward, he will merge a better person. In short, Anthony Jimenez expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of the sentencing. Despite the current case, I still truly believe Anthony Jimenez to be a very honorable, responsible, loving, caring, valuable, good human being to this community and family.

Sincerely,

Natalie Guzman

To whom it may concern,

AUGUST 14, 2021

I am Anthony Jimenez Aunt by marriage and have known him for 15 years. He is a wonderful, kind, thoughtful, and understanding person. We spend holidays, family gatherings and celebrate many moments together. He is always been respectful to me, his uncle, and my daughters.

He always been a good kid growing up graduated from high never came across any problem at school. Always focus and ready to learn with a positive attitude. He always loves kids with my daughters in this day off of work he would stop in to visit them and play. He always been a hard worker always will to learn new thing. Anthony has the great role models who are his parents that have try to guide him in the right direction.

I can describe his parent as hard working, responsible loving and caring for their child. Unfortunate at this time Anthony as a human made a mistake due to his conduct should be given a second chance as human we all make mistakes. Hoping for the best and that he learned from the mistake he made and never again makes it. Anthony is a young man that can still accomplish is dreams and goal by making better choices.

Therefore as family will contribute to give him support and advise to help him be a better citizen. Anthony will demonstrate his morals and values that were taught as growing up and will give back to our society.

If you have any questions or concerns, please feel free to reach me at 818-469-1533

Sincerely,

Martha Guzman

08/16/2021

To whom it may concern:

Hi. My name is Jesus Guzman Jr. I'm Cousins with Anthony Jimenez. Since birth I knew him and had grown up thinking of many adventures we would do growing up. Anthony is very smart, independent, and family oriented man. He is always looked up to me and encouraged me to keep studying to become someone in life. We have had our fun, laughter, and tears of many activities that we had conquered growing up together when our grandma was baby sitting us. I know my cousin had learned his lesson, because I have seen a changed in him. He is getting closer to God and he is working to become a better person. He is a hard worker and won't stop working until any debt he has is paid, because is how our parents raised us. My job as a cousin is to continue supporting him and to teach him a better life, and encourage him to take care of this society and not to make any more mistakes. I want to show him what life has to offer him, because there is a big world out here for us to enjoy and be part of this beautiful society.

Jesus Guzman Jr.

Anthony Rojas

13052 Dronfield Ave

Sylmar, CA 91342

To whom it may concern,

I've known Anthony Jimenez for the last 5 years, I work closely with his Father Jesus Jimenez. I personally have had my own problems with law due to wrong friendship and wrong crowds I thought were good. I was given a fair chance through the court system to change my life and it has done me right. I believe given a shot at a different life with the guidance of his mother and father he can change for the better.

Anthony is very trustworthy and honest just like his father. I have seen how caring he his and determined he is to do right when on the right path. I make no excuses for this gentleman but some such as myself have gotten lost in life and we fall hard, some have a good way of changing some like me and Anthony end up at a rough spot. When we get that chance and are surrounded by the good people who have helped open our eyes and with court system understanding that yes we have broken the law yes we did the wrong thing, only to know we were just lost in evil ways.

I ask that you please acknowledge that the man in front of you is a great man and that many of us make mistakes and with a second chance we are willing to make a difference for ourselves.

Sincerely,

Anthony Rojas

Edwin Garcia

21234 Trumpet Drive # 102

New Hall CA. 91321

To:

To whom it may concern:

I have known Anthony Jimenez for many years. Time during which he always showed to be respectful son to his parents and those around him.

His parents have great work ethics, and while we are not addressing them, they are Anthony's greatest influence so I know he has good examples to follow.

Please see that making a mistake or making a wrong choice early in life like in Anthony case should not be a defining mark for his future. When I made a mistake at work, many years ago, the owner brought to my attention, but did not terminate me. He told me I was a good part of the team and that the cost of my error was a training expense and he expected better results thereafter.

I hope you see this in a similar way and give him an opportunity that we would cherish and use to mold the rest of his life. An example of how to turn things for the better.

Thank you for your consideration and time.

Sincerely,

Edwin Garcia

Francisco Alvarado

113160 Laurel Canyon Blvd

San Fernando, CA 91340

To whom it may concern

I know Anthony Jimenez since he was a newborn, he always been with is Dad Jesus Jimenez going with us fishing since he was 6 years old, always seen happy, I've always found Anthony to be a respectful young man always willing to help other.

Anthony's parents are very hard working, always thinking on the best to provide and teach their children the best to succeed in life and be prepare for the future

Always seen Anthony very often, when he come to drop the lunch for his dad at work, having conversations when time permits, he would like to have the chance and the opportunity to show his parents that he can do everything right and prove to them and himself that he can change and be a good person to society, he is a good listener and I hope when he get we all can retake the fishing time to taught him good lesson with examples what obstacles he could encounter to prevent him from going back to and do the same.

All the time that I have seen him and his family, he always been a trustworthy and honest person.

I hope he will get the opportunity and show that he can change and be a better person and show that he did really learned from his mistake.

Sincerely,

Francisco Alvarado

Daron Canales
34120 Agua Dulce Cyn Rd
Agua Dulce, CA 91390

To,

To whom it may concern.

I've known Anthony Jimenez since he was a child, and at the age of 8 he would accompany his dad, Jesus Jimenez, and perform weekend jobs around my house. I've always found Anthony to be an honest, trustworthy and a respectful individual and watched him grow into a young man.

Anthony's parents are very hard working and throughout the years I've watched them teach their children how to be the best and prepare them for a successful future.

I've spoken to Anthony on the phone while he's been away, and he's expressed that when he gets out that he would like the opportunity to make things right and given the opportunity he wants to prove it to his parents that he can do it. He mentioned that I have taught him a lot of things while growing up and I hope when's he's out that I can continue to mentor him to be successful individual.

I can confirm that in all the time I have known Anthony, he's been a reliable trustworthy and decent person. I just hope that you will give an opportunity for a second chance while you make your decision.

Sincerely,

Daron Canales

08/16/2021

A quien corresponda:

Mi nombre es Giolda Guzman y soy tia de Anthony Jimenez , yo lo conozco desde su nacimiento. Anthony siempre a sido un niño y un joven muy atento y respetuoso, recuerdo que siempre que vamos de visita a su casa, todo nos quiere ofrecer: me decia; tia lo que se le ofrezca me avisa. Es un joven muy amable. Anthony siempre a sido muy alegre y amigable. Se que esta teniendo un gran aprendizaje en esta etapa de su vida y se que arreglara su error y sera mejor para la sociedad. Me e dado cuenta que esta trabajando en su crecimiento espiritual y tambien esta trabajando para ser un mejor ser humano.

Yo lo seguire apoyando y aconsejandolo porque Anthony tiene un gran futuro por delante y esto fue solo una leccion que la vida tenia para el, pero Anthony podra superar todo y sera mejor cada dia .

Giolda G.

Giolda Guzman

# LETTER BY GIOLDA GUZMAN

08/16/2021

A quien corresponda:

Mi nombre es Giolda Guzman y soy tia de Anthony Jimenez , yo lo conozco desde su nacimiento. Anthony siempre a sido un niño y un joven muy atento y respetuoso, recuerdo que siempre que vamos de visita a su casa, todo nos quiere ofrecer: me decia; tia lo que se le ofrezca me avisa. Es un joven muy amable. Anthony siempre a sido muy alegre y amigable. Se que esta teniendo un gran aprendizaje en esta etapa de su vida y se que arreglara su error y sera mejor para la sociedad. Me e dado cuenta que esta trabajando en su crecimiento espiritual y tambien esta trabajando para ser un mejor ser humano.

Yo lo seguire apoyando y aconsejandolo porque Anthony tiene un gran futuro por delante y esto fue solo una leccion que la vida tenia para el, pero Anthony podra superar todo y sera mejor cada dia .

8/16/2021

To whom it may concern,

My name is Giolda Guzman. I am Anthony Jimenez's aunt. I have known him since he was a baby. Anthony has always been a very obliging and respectful person. I remember that every time we went to visit, he wanted to be accommodating. He would say: "Auntie, just let me know if you need anything." He is a very polite young man. Anthony has always been very cheerful and friendly. I know that he is at a stage in his life where he is experiencing great lessons. He will mend his errors in judgment and become a better person to society. I have noticed that he is working towards spiritual growth and becoming a better human being.

I will continue to support him and give him advice because Anthony has a promising future. This was simply a lesson life had prepared for him. However, Anthony will overcome everything and be better every day.

Giolda Guzman

[END OF TRANSLATION]

## DECLARATION OF INTERPRETER

I, Carina Arriola, state that I am competent to translate from English to Spanish and from Spanish to English, am an Official Spanish Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California. I do hereby declare that the attached one-page document is a true and correct translation of the original one-page letter provided to me. The translation is accurate to the best of my knowledge and ability.

**DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)**

letter signed by Giolda Guzman

Executed this 19th day of August of 2021, in Los Angeles County, California.

UNITED STATES OF AMERICA
v.
ANTHONY JIMENEZ

Case N. º 2:21 CR-00119-SB

Requested By:

Ijeoma Eke, Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second St.
Los Angeles, California 90012

FPD CDCA

Continuing & Professional Education — Spanish Translation — ARIZONA

**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.4783

08/16/2021

A quien corresponda:

Mi nombre es Jesus Guzman y soy tio de Anthony Jimenez , yo lo conozco desde su nacimiento y siempre a tenido buenas cualidades; Anthony es un joven muy sonriente, amable, amigable, respetable, estudioso y trabajador.

Yo escucho que esta haciendo todo bien alla donde el esta, se que esta trabajando en acomodar sus pensamientos, sentimientos y emociones y ya que esta leyendo la biblia se que lo va a lograr. Anthony a aprendido su leccion y esta trabajando por un mejor futuro. Yo le dare buenos consejos para que siga su camino hacia adelante ya que una buena vida le espera.

Jesus Guzman

# LETTER BY JESUS GUZMAN

08/16/2021

A quien corresponda:

8/16/2021

To whom it may concern,

Mi nombre es Jesus Guzman y soy tio de Anthony Jimenez , yo lo conozco desde su nacimiento y siempre a tenido buenas cualidades; Anthony es un joven muy sonriente, amable, amigable, respetable, estudioso y trabajador.

My name is Jesus Guzman. I am Anthony Jimenez's uncle. I have known him since he was a baby. He has always had good qualities. Anthony is a smiling, polite, friendly, respectful young man. He is studious and hard working.

Yo escucho que esta haciendo todo bien alla donde el esta, se que esta trabajando en acomodar sus pensamientos, sentimientos y emociones y ya que esta leyendo la biblia se que lo va a lograr. Anthony a aprendido su leccion y esta trabajando por un mejor futuro. Yo le dare buenos consejos para que siga su camino hacia adelante ya que una buena vida le espera.

I hear that he is doing all well where he is. I know that he is working on straightening up his thoughts, feelings, and emotions. He is reading the Bible, and I know he will accomplish his goals. Anthony has learned his lesson and is working towards a better future. I will provide him with solid advice so that he continues to move forward, as a prosperous life awaits him.

Jesus Guzman

[END OF TRANSLATION]

# DECLARATION OF INTERPRETER

I, Carina Arriola, state that I am competent to translate from English to Spanish and from Spanish to English, am an Official Spanish Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California. I do hereby declare that the attached one-page document is a true and correct translation of the original one-page letter provided to me. The translation is accurate to the best of my knowledge and ability.

**DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)**

letter signed by Jesus Guzman

Executed this 19th day of August of 2021, in Los Angeles County, California.

UNITED STATES OF AMERICA
v.
ANTHONY JIMENEZ

Case N. º 2:21 CR-00119-SB

Requested By:

Ijeoma Eke, Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second St.
Los Angeles, California 90012

Carina

**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.4783

Esta carta va dirigida 08-18-2021
a quien corresponda.

Hola a cada uno de ustedes mi nombre es
Angelita Jimenez soy mama de Anthony Jimenez
Quiero descrivir a mi hijo Anthony para mi
Anthony desde que nacio fue y seguira siendo una
bendicion en mi vida lo amo tanto es muy valioso
para mi es lo unico de valor que tengo lo material
nunca me a importado solo mis hijos son mi
motor para seguir viviendo no es un hijo perfecto
pero tampoco tiene muchos defectos yo diria que
tiene mas cualidades en el como madre se lo
que le gusta lo que no le gusta se cuando esta
triste cuando esta feliz se que Anthony es muy
bondadoso con los nesesitados le gusta la cosina
le gusta la mecanica trabajar en las Jardas
ayudarle a su hermanita con la tarea a perder
tiempo con ella vi muchas beses y senti el
rechazo de su papa palabras ofencivas asia
Anthony y nunca tuve el valor de decir o
preguntarle Anthony como te sientes cuenta
me tienes problemas es un chico muy
orgulloso que aun que se sienta mal el
dise estoy vien y yo lo podia entender
porque yo pase por lo mismo con mi madre
tanto rechazo agreciones vervales fisicas
nunca pude ganarme ni comprar el amor
de mi madre todo lo que asia para ella
nada le agradava es por eso que

entiendo Anthony pero desgraciadamente el
busco er refugio en las drogas en las malas
companias para llenar ese vacio que lleva por
dentro mi Anthony es noble y muy trabajador
yo como madre lo estare apoyando asta el
final porque es mi hijo lo nesesito tanto
lo extraño si yo pudiera estar ai donde el
esta y que el estuviese aqui trabajando
lo aria como ser umano nesesitamos una
oportunidad por favor yo les suplico que
tengan compacion micericordia de el y lo
alluden ai donde esta les estare muy agradecida
disculpen mis letras mil gracias buen dia

Angelita Jimenez

# LETTER BY ANGELITA JIMENEZ

Esta carta va dirigida 08-18-2021
a quien corresponda.

Hola a cada uno de ustedes mi nombre es
Angelita Jimenez soy mama de Anthony Jimenez
Quiero descrivir a mi hijo Anthony para mi
Anthony desde que nacio fue y seguira siendo una
bendicion en mi vida lo amo tanto es muy valioso

Anthony desde que nacio fue y seguira siendo una
bendicion en mi vida lo amo tanto es muy valioso
para mi es lo unico de valor que tengo lo material
nunca me a importado solo mis hijos son mi
motor para seguir viviendo no es un hijo perfecto
pero tampoco tiene muchos defectos yo diria que
tiene mas cualidades en el como madre se lo

pero tampoco tiene muchos defectos yo diria que
tiene mas cualidades en el como madre se lo
que le gusta lo que no le gusta se cuando esta
triste cuando esta feliz se que Anthony es muy
bondadoso con los nesesitados le gusta la cosina

le gusta la mecanica trabajar en las jardas
ayudarle a su hermanita con la tarea a perder
tiempo con ella vi muchas beses y senti el
rechazo de su papa palabras ofencivas a si a
Anthony y nunca tuve el valor de decir o
preguntarle Anthony como te sientes cuenta

8/18/2021

This letter is addressed to whom it may concern:

Hello to each one of you. My name is Angelita Jimenez. I am Anthony Jimenez's mom. I want to describe my son Anthony. In my opinion, since Anthony was born, he was and continues to be a blessing in my life. I love him so much. He is very valuable. To me, he is uniquely precious. I have never cared for material things. I just care about my children. They are my reason to look forward to life. He is not a perfect child; however, he does not have too many flaws either.

I would say that his strengths outweigh his weaknesses. As his mom, I know what he likes and dislikes. I know when he is sad or happy. I know that is very kind-hearted with those in need. He enjoys cooking.

Anthony enjoys mechanics and yardwork. He enjoys helping his sister with her homework, spending time with her. I witnessed many times and felt his father's rejection and offensive words towards Anthony. I never had the courage to say something or ask Anthony how he felt.

me tienes problemas es un chico muy orgulloso que aun que se sienta mal el dise estoy vien y yo lo podia entender porque yo pase por lo mismo con mi madre

I didn't ask him whether he had problems. Anthony is a very proud kid. Even when he is not doing well, he will reply that he is fine. I could understand what he was going through because I went through the same with my mother.

tanto rechazo agreciones vervales fisicas nunca pude ganarme ni comprar el amor de mi madre todo lo que asia pare ella nada le agradava es por eso que

So much rejection and verbal and physical abuse. I was never able to win or buy my mother's affection. Nothing I did pleased her, that's why I understand him.

entiendo Anthony pero desgraciadamente el busco er refugio en las drogas en las malas companias para llenar ese vacio que lleva por dentro mi Anthony es noble y muy trabajador yo como madre lo estare apollando asta el final porque es mi hijo lo nesesito tanto

Unfortunately, Anthony sought shelter in drugs and the wrong crowd in order to fill that void inside him. In my opinion, Anthony is gentle and really hard-working. As his mom, I will support him until the end because he is my son and I need him so much.

lo extraño si yo pudiera estar ai donde el esta y que el estuviese aqui trabajando lo aria como ser umano nesesitamos una oportunidad por favor yo les suplico que tengan compacion micericordia de el y lo alluden ai donde esta les estare muy agradecida disculpen mis letras mil gracias buen dia

I miss him. If I could be where he is, and if he could be here, working, we both would. As human beings, we need an opportunity. Please, I implore that you have leniency and mercy and help him where he is. I will be grateful. I apologize for my penmanship. Thanks a million. Have a good day!

Angelita Jimenez

[END OF TRANSLATION]

Translator's note: Spelling and other grammar errors in the source document are not reflected in the translated version.

## DECLARATION OF INTERPRETER

I, Carina Arriola, state that I am competent to translate from English to Spanish and from Spanish to English, am an Official Spanish Court Interpreter certified by the Administrative Office of the United States Courts and the Judicial Council of California. I do hereby declare that the attached two-page document is a true and correct translation of the original two-page letter provided to me. The translation is accurate to the best of my knowledge and ability.

**DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)**

letter signed by Angelita Jimenez

Executed this 19th day of August of 2021, in Los Angeles County, California.

UNITED STATES OF AMERICA
v.
ANTHONY JIMENEZ

Case N. º 2:21 CR-00119-SB

Requested By:

Ijeoma Eke, Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second St.
Los Angeles, California 90012

FPD CDCA

Continuing & Professional Education Spanish Translation ARIZONA

**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.4783

Anthony Jimenez 8-16-2021

My Name is Abigail Jimenez. I'm 12 years old and I'm Anthony Jimenez sister. I want to describe how Anthony is with me he is responsible, educated, hardworker, kind, sweet, nice, caring. doesn't say bad words, cooker, and since he has not been here I need him and miss him so much so that he can also help me with my homework. I'm so blessed to have a brother like Anthony. I don't know what he is being accussed of but the only thing I know is that I feel depressed that he is not with me and it has affected me in my feelings and in my grades and wondering what is going to happen to him and for me its important to see my brother. This is the reason why I write this letter and Please help my brother I need him so that he can be with me and help me with my homework and for him to go back to his job so that he can help my parents on what they need.

Abigail Jimenez